THE STATE, EX REL. NOLTE ET AL., *v.* DEFIANCE COUNTY BOARD OF ELECTIONS ET AL.

(No. 76-1112—Decided October 27, 1976.)

*Messrs. Hyman, McMaster, Cook & Webb* and *Mr. Norman E. Cook,* for relators.

*Messrs. Weaner, Hutchinson, Zimmerman & Bacon* and *Mr. Roger Bacon,* for respondents.

*Per Curiam.* Relators herein do not allege any defect in the referendum petition affecting its validity.

The writ of prohibition is, therefore, denied.

*Writ denied.*

O'NEILL, C. J., HERBERT, CORRIGAN, STERN, CELEBREZZE, W. BROWN and P. BROWN, JJ., concur.